UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

I CHI WU,

Plaintiff,

v.

JAMIE PESCE, et al.,

Defendants.

No. 2:25-cv-02175-TLN-JDP

**ORDER**

On December 12, 2025, the Magistrate Judge granted Plaintiff's Motion to Amend the Complaint and ordered that Plaintiff file an Amended Complaint within thirty days. (ECF No. 27). Additionally, the Magistrate Judge recommended that Defendants' Motion to Dismiss be granted and the summons for Defendants Pierson, El Dorado, and Cardullo be quashed. (*Id.*) On April 14, 2026, the Court adopted the proposed Findings and Recommendations in full but inadvertently closed this case. (ECF No. 31.) Plaintiff, proceeding *pro se*, subsequently filed a First Amended Complaint (ECF No. 33), Request for Status and Request for Copies (ECF No. 34), and Motion to Reopen Case (ECF No. 35). Accordingly, the Court will withdraw its April 14, 2026 Order and reopen this case. Defendants shall file a response to Plaintiff's First Amended Complaint within fourteen (14) days.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order entered April 14, 2026 (ECF No. 31) is WITHDRAWN;

2. The Findings and Recommendations filed December 12, 2025 (ECF No. 27) are ADOPTED in full;

3. Defendants' Motion to Dismiss (ECF No. 17) is GRANTED;

4. The summons for defendants Pierson, El Dorado, and Cardullo are QUASHED;

5. Plaintiff's Motion to Reopen Case (ECF No. 35) is GRANTED; and

6. Defendants shall file a response to the First Amended Complaint within fourteen (14) days.

IT IS SO ORDERED.

DATED: August 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE